**Honorable Magistrate Judge Karen L. Strombom**

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

TARA THOMAS,

                    Plaintiff,

vs.

BARBARA GARRET, IN HER OFFICIAL
CAPACITY AS Jefferson County Sheriff's
Deputy and in her individual capacity,
John Doe Garret and the marital
community composed thereof;
JEFFERSON COUNTY SHERIFF'S
DEPARTMENT; JEFFERSON COUNTY;
John Does 1-5, Jane Does 1-5,

                    Defendants.

**NO.  C06-5461 KLS**

**STIPULATION AND ORDER
OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff and

defendants, acting by and through their respective attorneys, that the above-entitled

action may be dismissed with prejudice and without attorneys' fees and costs to any

party, this matter having been fully settled and compromised among the parties.

*/s/ Guy Bogdanovich*

  3-21-07
Date

Guy Bogdanovich, WSBA No. 14777
Attorney for Defendants

*/s/ Thomas S. Olmstead*

  3-21-07
Date

Thomas S. Olmstead, WSBA No. 8170
Attorney for Plaintiffs

Stipulation and Order of Dismissal
Cause No: C06-5461

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON RD., TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

# ORDER

THIS MATTER having come before the Court on the foregoing stipulation, it is hereby

ORDERED that the above-entitled action shall be and the same is hereby DISMISSED with prejudice and without attorneys' fees and costs to any party.

DATED this 27th day of March, 2007.

*Karen L Strombom*
Karen L. Strombom
United States Magistrate Judge

**Presented by:**

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

*/s/ Guy Bogdanovich*
_____
Guy Bogdanovich, WSBA № 14777
Attorney for Defendants
P.O. Box 11880
Olympia, WA 98508-1880
Telephone:  (360) 754-3480
Fax:  (360) 357-3511
email:  gbogdanovich@lldkb.com

**Approved for entry:**

*/s/ Thomas S. Olmstead*
_____
Thomas S. Olmstead, WSBA No. 8170
Attorney for Plaintiff
20319 Bond Rd NE
Poulsbo, WA 98370
Telephone: (360) 779-8980
Fax: (360) 779-8983
email: lawoffice@tomolmstead.com;
Nathan@tomolmstead.com

Stipulation and Order of Dismissal
Cause No: C06-5461

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON RD., TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*